**No. 20-3039**

**September Term, 2019**

**1:19-cr-00307-RCL-2**

**Filed On:** July 31, 2020

United States of America,

        Appellee

        v.

Brittany Jones, also known as Brittany
Alleesse Nancy Jones,

        Appellant

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Henderson, Tatel, and Katsas, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact filed by the parties. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36. It is

**ORDERED and ADJUDGED** that the district court's May 8, 2020 minute order denying appellant's motion for pretrial release be affirmed.

Appellant was charged with, among other things, sex trafficking of a minor and transportation of a minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. §§ 1591 and 2423. A magistrate judge found that probable cause existed to believe that appellant had committed the charged offenses, a finding appellant does not challenge on appeal. That finding gave rise to a rebuttable presumption "that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community," 18 U.S.C. § 3142(e)(3), and appellant was ordered detained. Appellant later moved for pretrial release, and she now appeals the district court's denial of that motion. Upon review of the record, we agree with the district court that appellant failed "to offer some credible evidence contrary to the statutory presumption." See United States v. Alatishe, 768 F.2d 364, 371 (D.C. Cir. 1985). We further conclude that appellant has not demonstrated that the length or conditions of her pretrial detention violate due process. See United States v. Salerno, 481 U.S. 739, 747 n. 4 (1987).

**No. 20-3039**                                    **September Term, 2019**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after the resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**


                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                        BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk